**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **DARIAN DEANDRE BERRY, SR.,** | : | |
| | : | |
| **Petitioner,** | : | **NO. 5:26-CV-00381-CAR-CHW** |
| | : | |
| **VS.** | : | |
| | : | |
| **BRAD FREEMAN,** | : | |
| | : | **PROCEEDINGS UNDER 28 U.S.C. § 2241** |
| **Respondent.** | : | **BEFORE THE U.S. MAGISTRATE JUDGE** |

# ORDER

*Pro se* Petitioner Darian Deandre Berry, Sr., a pre-trial detainee in the Monroe County Jail in Forsyth, Georgia, filed a petition for writ of habeas corpus. ECF No. 1. He has not, however, paid the $5.00 filing fee or moved to proceed *in forma pauperis*.

Petitioner is, therefore, **ORDERED** to either pay the $5.00 filing fee or if indigent, move to proceed *in forma pauperis* by filing "the affidavit required by 28 U.S.C. § 1915, and a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution." Habeas Corpus R. 3(a)(2).

Petitioner shall have **FOURTEEN (14) DAYS** to comply with this Order and his failure to do so may result in dismissal of this action. Also, Petitioner must keep the Court informed of any address change and his failure to do so may result in dismissal of his action.

The Clerk of Court is **DIRECTED** to forward the appropriate financial forms (with

the civil action number written on them) to Petitioner along with a copy of this Order.

**SO ORDERED and DIRECTED**, this 3rd day of November, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge